**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: August 17, 2010**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| *In re:* | : | Case No. 10-35245 |
| | : | Chapter 13 |
| MIKEL DALE LAWSON, | : | Judge Lawrence S. Walter |
| | : | |
| *Debtor.* | : | |
| | : | |
| | : | |

**ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS
AND NOTICE OF IMMINENT DISMISSAL**

This matter is before the Court on the Application to Pay Filing Fee in Installments, filed by Debtor on August 12, 2010 (doc. 5). Debtor seeks Court approval to pay the chapter 13 filing fee of $274.00 in monthly installments, with the last payment due November 20, 2010.

The Court notes that on June 19, 2010, Debtor filed a chapter 13 petition at which time an Application to Pay Filing Fee in Installments (doc. 3) was also filed (Case # 10-33989). The

case was dismissed on July 12, 2010 for failure of Debtor to file required documents. Debtor failed to pay the balance of $255.00 toward the $274.00 filing fee.

In total, Debtor owes the Clerk of this Court $510.00 in outstanding filing fees. Therefore,

**IT IS ORDERED** that, within **ten (10) days** from the date of this Order, Debtor(s) shall pay the Clerk all outstanding fees, including the fees for the current case, or this case shall be dismissed without further notice or hearing; and it is further

**ORDERED** that the Application to Pay Filing Fee in Installments is **DENIED.**

Copies to:

Default List

###